585 A.2d 378

JULES LIPPE AND CORRINE LIPPE v. THE CITY
OF PLAINFIELD.

September 18, 1990.

Petition for certification denied.

585 A.2d 378

ANSELMO LARQUIN v. JORGE DELGADO, M.D.

September 18, 1990.

Petition for certification denied.

585 A.2d 378

ROBERT DUBMAN v. NEW JERSEY DENTAL ASSOCIATION.

September 18, 1990.

Petition for certification denied.

585 A.2d 379

MILDRED L. MANZO v. AMALGAMATED INDUSTRIES
UNION LOCAL 76B.

September 18, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 604,
575 *A.*2d 903.)